FILED
98 OCT 14 AM 9: 38
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT 1 4 1998

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SIBRINA COLBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO.98-RRA-1716-W |
| ) | |
| ) | |
| H. E. SERVICES COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendations of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion to dismiss the complaint as time-barred is due to be denied, while the motion to dismiss the ADA claim is due to be granted. An appropriate order will be entered.

DONE, this ____ day of October, 1998.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE